UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 NOV -2  P 4: 13

BY DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *Plaintiff* | |
| versus | CIVIL ACTION NO. 09-936-JJB-DLD |
| TONYA FAYE JARRELL | |
| *Defendant* | |

## ORDER

Considering the parties' *Joint Motion for Entry of Consent Judgment*, and for good cause shown:

IT IS HEREBY ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that upon the Court's execution of the Consent Judgment, it shall be filed by the Clerk of Court in this action.

Baton Rouge, Louisiana, this 2nd day of November, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE